# FIRST DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

_____

No. 1D19-2197

_____

JOHN L. NORMAN,

Petitioner,

v.

FLORIDA DEPT. OF CORRECTIONS,

Respondent.

_____

Petition for Writ of Mandamus—Original Jurisdiction.

September 18, 2019

PER CURIAM.

The petition for writ of mandamus is denied on the merits. *See Clark v. Nichols M. N. P.*, 225 So. 3d 416 (Fla. 1st DCA 2017) (holding that to be entitled to mandamus relief compelling a ruling on a pending civil matter, a petitioner must demonstrate that he has noticed the matter for hearing in the lower tribunal).

ROWE, OSTERHAUS, and KELSEY, JJ., concur.

_____

***Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.***

_____


John L. Norman, pro se, Petitioner.

Kenneth S. Steely, General Counsel, Department of Corrections, Tallahassee, for Respondent.